UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIPLOMAT PROPERTY MANAGER, LLC,<br><br>Plaintiff,<br><br>v.<br><br>GLORIETA E. ROBINSON,<br><br>Defendant. | Case No. 19-cv-00674-HSG<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING SUA SPONTE REMAND TO STATE COURT**<br><br>Re: Dkt. No. 6 |

The Court has reviewed Magistrate Judge Spero's Report and Recommendation Re Sua Sponte Remand to State Court. The time for objections has passed and none were filed. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly,

IT IS HEREBY ORDERED that this case is remanded sua sponte to the California Superior Court for Contra Costa County, but that no attorneys' fees are awarded. The Clerk is directed to remand the case and close the file.

**IT IS SO ORDERED.**

Dated: April 3, 2019

HAYWOOD S. GILLIAM, JR.
United States District Judge